222 So.2d 64

**Arthur CARTER**

**v.**

**Catherine FOREMAN, wife of/and Jerome Foreman Community Construction Company, Inc. and Clover Investment Corporation.**

**No. 49769.**

May 9, 1969.

In re: Arthur Carter applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 219 So.2d 21.

The application is denied. There appears no error of law in the judgment complained of.